UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CHARLES B. SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:04CV1605HEA |
|  | ) |  |
| GARY CAMPBELL, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER OF DISMISSAL

On **January 11, 2007**, this Court ordered plaintiff to show cause why the complaint against defendant **Dora Schriro, Randee Kaiser, Lance Luria, Denise Ponder, and Jacques Lamour** should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendant **Dora Schriro, Randee Kaiser, Lance Luria, Denise Ponder, and Jacques Lamour** is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 31st day of January, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE