UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES B. SMITH, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 4:04CV1605 HEA |
| UNKNOWN CORRECTIONS ) | |
| OFFICERS, et al., ) | |
|     Defendants, ) | |

**ORDER**

This matter is before the Court on the Court's own motion. On March 12, 2007 and May 7, 2007, the Court entered Orders requiring Plaintiff to file amended complaints against Defendants Campbell, Conley, Steinman, and Dormire. Plaintiff has failed to comply with the Court's Orders.

On July 26, 2007, the Court ordered Plaintiff to show cause within 14 days of the Order why this matter should not be dismissed. The Court admonished Plaintiff that failure to comply would result in dismissal. Plaintiff has failed to file any response to the Court's July 26, 2007 Order.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is DISMISSED.

Dated this 14th day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE